THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, FRANK GARRIDO, TAYLOR ARMIGER, and GWENDOLYN THOMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ASSURANCE IQ, LLC,<br><br>Defendant. | Case No. 2:21-cv-00823-JLR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>December 9, 2021 |

Plaintiffs Joseph Rogers, Debra Jones Stevenson, Frank Garrido, Taylor Armiger, and Gwendolyn Thompson ("Plaintiffs") and Defendant Assurance IQ, LLC ("Defendant") (together with Plaintiffs, the "Parties") hereby jointly move the Court for an order extending certain class certification deadlines.

On September 24, 2021, the Court issued a Rule 16(b) and Rule 23(d)(2) Scheduling Order Regarding Class Certification Motion. Dkt. No. 20. On October 12, 2021, Kelsey Smith filed a motion seeking leave to amend her complaint to add four new individuals with similar claims against Defendant. Dkt. No. 26. After the filing of Kelsey Smith's motion, the Parties

1 agreed to stipulate to the filing of an amended complaint adding five new individuals making
2 similar claims against Defendant and removing Kelsey Smith as a plaintiff. On November 3,
3 2021, the Parties filed their stipulated motion for leave to amend, which this Court granted on
4 November 4, 2021. Dkt. Nos. 33, 34. Plaintiffs filed their amended complaint on November 4,
5 2021, and Defendant promptly answer on November 18, 2021. Dkt. Nos. 35, 36.

6 The Parties jointly request an extension of the class certification deadlines in order for
7 the Parties to investigate the new Plaintiffs' claims, conduct discovery, and develop their
8 positions on class certification, including the expert discovery necessary for that motion. The
9 Parties have met and conferred and seek modification of the class certification deadlines as
10 follows:

|  | **Initial Pretrial Scheduling Order (Dkt. No. 20)** | **Parties' Stipulated and Requested Modification** |
|---|---|---|
| **Deadline for Completion of Fact and Expert Discovery** | November 12, 2021 | August 3, 2022 |
| **Deadline for Plaintiffs to File Motion for Class Certification (Briefing deadlines shall conform with Local Rule 7)** | December 14, 2021 | August 30, 2022 |

17 WHEREFORE, the Parties respectfully request an Order modifying the current class
18 certification deadlines as describe herein.

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND DEADLINES - 2
Case No. 2:21-cv-00823-JLR

RESPECTFULLY SUBMITTED AND DATED this 9th day of December, 2021.

/s/ Samuel J. Strauss
Samuel J. Strauss, WSBA #46971
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
Email: sam@turkestrauss.com

Anthony Paronich, *Admitted Pro Hac Vice*
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

Timothy J. Sostrin, *Admitted Pro Hac Vice*
KEOGH LAW, LTD.
55 W Monroe St., Suite 3390
Chicago, IL 60603
Telephone: (312) 726-1092
Facsimile: (312) 726-1093
Email: tsostrin@keoghlaw.com

*Attorneys for Plaintiffs*

/s/ John Du Wors
John Du Wors
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
Email: john@newmanlaw.com

*Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this 9th day of December, 2021.

JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
EXTEND DEADLINES - 3
Case No. 2:21-cv-00823-JLR