UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, FRANK GARRIDO, TAYLOR ARMIGER, and GWENDOLYN THOMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ASSURANCE IQ, LLC,<br><br>Defendant. | Case No. 2:21-cv-00823-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>April 26, 2022 |

Plaintiffs Joseph Rogers, Debra Jones Stevenson, Frank Garrido, Taylor Armiger, and Gwendolyn Thompson ("Plaintiffs"), with the consent of counsel for Defendant pursuant to Fed. R. Civ. P. 15(a)(2), hereby move this Court, in accordance with Local Civil Rule 15, for leave to file a Second Amended Complaint. A redline showing how the proposed Second Amended Complaint differs from Plaintiff's First Amended Complaint filed on November 4, 2021 (Dkt. No. 35) is attached hereto as Exhibit A.

The purpose of the amendment is to (a) add as a defendant Boomsourcing, Inc. ("Boomsourcing"), who physically dialed the calls for Defendant Assurance IQ, LLC ("Assurance IQ") to a large number of putative class members, including four of the plaintiffs,

STIPULATED MOTION AND [PROPOSED] ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT - 1
Case No. 2:21-cv-00823-TL

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

1  (b) making vicarious liability allegations with respect to Boomsourcing and the other vendor
2  involved in contacting the plaintiffs, and (c) correcting the phone number pled for Ms.
3  Stevenson.
4      Counsel for Defendant have stipulated to the amendment. Accordingly, Plaintiffs
5  request that this Court enter an order granting Plaintiffs leave to file their Second Amended
6  Complaint in the form attached hereto as Exhibit A.
7      Defendant explicitly reserves all rights and defenses as they dispute the allegations
8  contained in the proposed Second Amended Complaint.
9      RESPECTFULLY SUBMITTED AND DATED this 26th day of April, 2022.

10
| /s/ Samuel J. Strauss | /s/ John Du Wors |
|---|---|
| Samuel J. Strauss, WSBA #46971 | John Du Wors |
| TURKE & STRAUSS LLP | NEWMAN DU WORS LLP |
| 613 Williamson St., Suite 201 | 2101 Fourth Avenue, Suite 1500 |
| Madison, Wisconsin 53703 | Seattle, Washington 98121 |
| Telephone: (608) 237-1775 | Telephone: (206) 274-2800 |
| Facsimile: (608) 509-4423 | Facsimile: (206) 274-2801 |
| Email: sam@turkestrauss.com | Email: john@newmanlaw.com |
| | |
| Anthony Paronich, *Admitted Pro Hac Vice* | Mark A. Silver, *Admitted Pro Hac Vice* |
| PARONICH LAW, P.C. | Nathan L. Garroway, *Admitted Pro Hac Vice* |
| 350 Lincoln Street, Suite 2400 | DENTONS US LLP |
| Hingham, Massachusetts 02043 | 303 Peachtree Street NE, Suite 5300 |
| Telephone: (617) 485-0018 | Atlanta, GA 30308 |
| Facsimile: (508) 318-8100 | Telephone: (404) 527-4000 |
| Email: anthony@paronichlaw.com | Facsimile: (404) 527-4198 |
| | Email: mark.silver@dentons.com |
| Timothy J. Sostrin, *Admitted Pro Hac Vice* | Email: Nathan.garroway@dentons.com |
| KEOGH LAW, LTD. | |
| 55 W Monroe St., Suite 3390 | *Attorneys for Defendant* |
| Chicago, IL 60603 | |
| Telephone: (312) 726-1092 | |
| Facsimile: (312) 726-1093 | |
| Email: tsostrin@keoghlaw.com | |

STIPULATED MOTION AND [PROPOSED] ORDER FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT - 2
Case No. 2:21-cv-00823-TL

TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

Andrew Heidarpour, *Admitted Pro Hac Vice*
HEIDARPOUR LAW FIRM, PLLC
1300 Pennsylvania Ave. NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727
Email: aheidarpour@hlfirm.com

*Attorneys for Plaintiffs*

## ORDER

IT IS SO ORDERED.

Dated this 26th day of April 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT - 3
Case No. 2:21-cv-00823-TL

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

# CERTIFICATE OF SERVICE

1

2  I, Samuel J. Strauss, hereby certify that on April 26, 2022, I electronically filed the

3  foregoing with the Clerk of the Court using the CM/ECF system, which will send notification

4  of such filing to the following:

5
6  John Du Wors
   NEWMAN DU WORS LLP
7  2101 Fourth Avenue, Suite 1500
   Seattle, Washington 98121
8  Telephone: (206) 274-2800
   Facsimile:  (206) 274-2801
9  Email: john@newmanlaw.com

10  Mark A. Silver, *Admitted Pro Hac Vice*
    Nathan L. Garroway, *Admitted Pro Hac Vice*
11  DENTONS US LLP
    303 Peachtree Street NE, Suite 5300
12  Atlanta, GA 30308
    Telephone: (404) 527-4000
13  Facsimile:  (404) 527-4198
    Email: mark.silver@dentons.com
14  Email: Nathan.garroway@dentons.com

15
16  *Attorneys for Defendant*

17  DATED this 26th day of April, 2022.

18
                                TURKE & STRAUSS LLP
19
                                By:   /s/ Samuel J. Strauss, WSBA #46971
20                                    Samuel J. Strauss, WSBA #46971
                                      Email:  sam@turkestrauss.com
21                                    613 Williamson St., Suite 201
                                      Madison, Wisconsin 53703
22                                    Telephone: (608) 237-1775
                                      Facsimile:  (608) 509-4423
23

24

25

26

27

STIPULATED MOTION AND [PROPOSED] ORDER FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT - 4
Case No. 2:21-cv-00823-TL

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com