The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, FRANK GARRIDO, TAYLOR ARMIGER, and GWENDOLYN THOMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ASSURANCE IQ, LLC and BOOMSOURCING, LLC,<br><br>Defendants. | Case No. 2:21-cv-00823-TL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ASSURANCE IQ, LLC'S UNOPPOSED MOTION FOR EXTENSION OF RESPONSE DEADLINE |

For good cause shown, Defendant Assurance IQ, LLC's Unopposed Motion for Extension of Response Deadline is GRANTED. Assurance's response to the Second Amended Complaint is due on or before June 9, 2022. Assurance has not waived any rights or defenses, including the right to move to dismiss the allegations of the Second Amended Complaint.

Dated this 4th day of May 2022

*(signature)*

Tana Lin
United States District Judge

ORDER GRANTING DEF.'S MOTION FOR EXTENSION
[2:21-CV-00823-TL]