The Honorable Tana Lin

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, FRANK GARRIDO, TAYLOR ARMIGER, and GWENDOLYN THOMPSON, on behalf of themselves and all others similarly situated, | Case No. 2:21-cv-00823-TL |
| Plaintiffs, | [PROPOSED] ORDER GRANTING ASSURANCE IQ, LLC'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT |
| v. | |
| ASSURANCE IQ, LLC and BOOMSOURCING, LLC, | |
| Defendants. | |

For good cause shown, Defendant Assurance IQ, LLC's Unopposed Motion to Extend Deadline to Respond to Second Amended Complaint is GRANTED. Assurance's response to the Second Amended Complaint is due **on or before June 23, 2022.** Assurance has not waived any rights or defenses, including the right to move to dismiss the allegations of the Second Amended Complaint.

Dated this 3rd day of June 2022.

_____
The Honorable Tana Lin
United States District Judge

ORDER GRANTING DEF.'S MOTION FOR
EXTENSION
[2:21-CV-00823-TL]