UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSPEH ROGERS, DEBRA JONES STEVENSON, FRANK GARRIDO, TAYLOR ARMIGER, and GWENDOLYN THOMPSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASSURANCE IQ, LLC and BOOMSOURCING LLC,<br><br>Defendants. | CASE NO. 2:21-cv-00823-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) In light of the partially assented motion to extend deadlines (Dkt. No. 61), the Court hereby EXTENDS the deadlines for completion of fact and expert discovery and for

MINUTE ORDER - 1

Plaintiffs to file a motion for class certification, to be reset after the Court rules on the pending motions to dismiss (Dkt. Nos. 55 and 59).

(2) The parties shall meet and confer and propose new deadlines **within seven (7) days** of the Court's Order on the motions to dismiss.

Dated this 4th day of August 2022.

Ravi Subramanian  
Clerk of the Court

s/ Kadya Peter  
Deputy Clerk

MINUTE ORDER - 2