1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSEPH ROGERS, DEBRA JONES
STEVENSON, TAYLOR ARMIGER, on behalf
of themselves and all others similarly situated,

Plaintiff,

vs.

ASSURANCE IQ, LLC,

Defendant.

Case No. 2:21-cv-00823-TL

**STIPULATED MOTION TO STAY
PROCEEDINGS**

**NOTE ON MOTION CALENDAR:
July 25, 2023**

Plaintiffs Joseph Rogers, Debra Jones Stevenson, and Taylor Armiger ("Plaintiffs") and

Defendant Assurance IQ, LLC ("Defendant") (together "the Parties) stipulate to a stay of

proceedings pending their mediation of this matter and respectfully request the Court to enter

the Proposed Order below:

WHEREAS, Plaintiffs assert claims against Defendant under the Telephone Consumer

Protection Act (TCPA), 47 U.S.C. § 227, on behalf of a putative nationwide class (See Doc.

70);

WHEREAS, the Parties held a productive mediation session before Robert A. Meyer of

JAMS on July 14, 2023 to negotiate a resolution of these claims on a classwide basis;

STIPULATED MOTION TO STAY PROCEEDINGS - 1
Case No. 2:21-cv-00823-TL

1    WHEREAS, the Parties have scheduled a second mediation for September 15, 2023

2    before the same mediator to continue their negotiations;

3    WHEREAS, pending before the Court are the Parties' separate proposals for the

4    scheduling of discovery and dispositive motions (Doc. 71) and Defendant's Motion to Dismiss

5    the Third Amended Complaint (Doc. 72);

6    WHEREAS, there is no trial date set and no other scheduled deadlines or proceedings

7    upcoming in this matter;

8    WHEREAS, the Parties have a good faith belief that they might reach an agreement at

9    the second mediation and wish to preserve resources;

10    WHEREFORE, the Parties agree and stipulate to a stay of all proceedings in this matter

11    pending the Parties' submission of a Joint Status Report on September 30, 2023 advising of the

12    outcome of their mediation.

13

14    Presented By:

15

16    /s/ Timothy J. Sostrin
Timothy J. Sostrin, *Admitted Pro Hac Vice*

17    Email:  tsostrin@keoghlaw.com
KEOGH LAW, LTD.

18    55 W. Monroe St., Ste. 3390
Chicago, IL 60603

19    Telephone: (312) 726-1092

20    Samuel J. Strauss, WSBA #46971
Email: sam@turkestrauss.com

21    TURKE STRAUSS

22    613 Williamson St., Suite 201
Madison, Wisconsin 53703

23    Telephone: (608) 237-1775
Facsimile: (608) 509-4423

24

25    Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com

26    PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400

27

1    Hingham, MA 02043
     Telephone: (508) 221-1510
2
     *Attorneys for Plaintiff*
3

4    /s/ Mark A. Silver
     Mark A. Silver (pro hac)
5    Email: mark.silver@dentons.com
     Nathan L. Garroway (pro hac)
6    DENTONS
     303 Peachtree St. NE, Suite 5300
7    Atlanta, GA 30308
     Telephone: (404) 527-4000
8

9    John Du Wors, WSBA #33987
     Email: john@newmanlaw.com
10   NEWMAN LAW
     2101 Fourth Avenue, Suite 1500
11   Seattle, Washington 98121
     Telephone: (206) 274-2800
12   Facsimile:  (206) 274-2801
13
     *Attorneys for Defendant*
14

15                        IT IS SO ORDERED.

16                        Dated this 25th day of July, 2023.

17

18

19                        _____
                          Tana Lin
20                        United States District Judge

21

22

23

24

25

26

27

STIPULATED MOTION TO STAY PROCEEDINGS - 3
Case No. 2:21-cv-00823-TL