UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, and TAYLOR ARMIGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASSURANCE IQ, LLC and BOOMSOURCING, LLC,<br><br>Defendants. | CASE NO. 2:21-cv-00823-TL<br><br>ORDER |

This matter is before the Court on the Parties' Joint Status Report (Dkt. No. 92). The Parties request a 14-day extension of the current stay, "in furtherance of" negotiations. *Id.* at 2. The Parties also propose filing another status report after seven days. *Id.*

The Court will grant the Parties' request, and the status report will be due by the end of the extended stay. However, this matter has been stayed since July 25, 2023, and the Court recently granted one extension of that stay. *See* Dkt. Nos. 81, 89. Should the Parties later seek

ORDER - 1

another extension, the Court will expect more detailed information to support their request, including any tangible prospects for settlement.

Accordingly, the stay in this matter is EXTENDED **until October 30, 2023**. The Parties are further DIRECTED to file a status report **on or before October 30, 2023**.

Dated this 16th day of October 2023.

Tana Lin
United States District Judge

ORDER - 2