1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

JOSEPH ROGERS, DEBRA JONES
STEVENSON, and TAYLOR ARMIGER,
on behalf of themselves and all others
similarly situated,

CASE NO. 2:21-cv-00823-TL

ORDER

12

13

14

Plaintiffs,

v.

15

ASSURANCE IQ, LLC and
BOOMSOURCING, LLC,

16

17

Defendants.

18

19        This matter is before the Court on the Parties' Joint Status Report (Dkt. No. 94). The

20   Parties request that they file another status report on November 3, 2023, "in furtherance of" their

21   negotiations. *Id.* at 2.

22        In its Order on the Parties' previous joint status report (Dkt. No. 93), the Court stated that

23   it expected "more detailed information" to support another stay request, "including any tangible

24   prospects for settlement." *Id.* at 2. The Parties' report does not explicitly request a stay, though it

proposes the submission of another report. However, because that the Parties suggest a rather short deadline for the next report—only five days after this Order—the Court will extend the stay and grant the Parties' request.

Accordingly, the stay in this matter is EXTENDED **until November 3, 2023**. The Parties are further DIRECTED to file a status report **on or before November 3, 2023**.

Dated this 30th day of October 2023.

Tana Lin
United States District Judge