UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, and TAYLOR ARMIGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>ASSURANCE IQ, LLC and BOOMSOURCING, LLC,<br><br>Defendants. | CASE NO. 2:21-cv-00823-TL<br><br>ORDER |

This matter is before the Court on the Parties' Joint Status Report (Dkt. No. 96). The Parties state that they "have reached a settlement in principle to resolve the claims brought in this action, and in other pending actions, on a classwide basis." *Id.* at 1. However, they "need time to finalize and coordinate their formal settlement agreement." *Id.* Therefore, they request the Court to continue the stay in this matter an additional month and to direct the filing of another status report on or before the end of the stay. *Id.* The Court will grant the request.

ORDER - 1

Accordingly, the stay in this matter is EXTENDED **until December 4, 2023**. The Parties are DIRECTED to file a status report **on or before December 4, 2023**.

Dated this 3rd day of November 2023.

Tana Lin
United States District Judge

ORDER - 2