UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, and TAYLOR ARMIGER, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>ASSURANCE IQ, LLC,<br><br>                Defendant. | CASE NO. 2:21-cv-00823-TL<br><br>ORDER |

This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 98. In their previous joint status report, the Parties informed the Court that they reached a settlement in principle but needed time to finalize the formal settlement agreement. *See* Dkt. No. 96. Now, the Parties state that "[t]he formal agreement is still being finalized," and they "request another 30 days to report as to the status of settlement." Dkt. No. 98 at 2.

Accordingly, the stay in this matter is EXTENDED **until January 4, 2024**. The Parties are DIRECTED to file a status report **on or before January 4, 2024**.

Dated this 4th day of December 2023.

Tana Lin
United States District Judge

ORDER - 1