UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, and TAYLOR ARMIGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASSURANCE IQ, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-00823-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

On June 26, 2023, Defendant filed a motion to dismiss Plaintiffs' Third Amended Complaint. Dkt. No. 72. On the same day, the Clerk sealed the motion at Defendant's request and noted that a redacted version of the motion would be filed shortly along with a motion to seal. While the motion to seal was filed (Dkt. No. 76), the redacted motion was never filed.

1   Accordingly, Defendant is DIRECTED to file the redacted version of its Motion to Dismiss
2   **by January 8, 2024**.

3   Dated this 4th day of January 2024.

```
                                         Ravi Subramanian
                                         Clerk of the Court

                                         s/ Kadya Peter
                                         Deputy Clerk
```