UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH ROGERS, DEBRA JONES STEVENSON, and TAYLOR ARMIGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ASSURANCE IQ, LLC,<br><br>Defendant. | CASE NO. 2:21-cv-00823-TL<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiffs' Consent Motion to Dismiss Without Prejudice. Dkt. No. 100. Plaintiffs state they have joined in a single settlement agreement with Defendant in Illinois to resolve their claims and the claims of a nationwide class. *Id.* ¶¶ 4–6. Plaintiffs move to dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a). *Id.* ¶ 7. Defendant consents to the motion. *Id.* ¶ 8.

Accordingly, it is hereby ORDERED:

(1)   Plaintiffs' consent motion to dismiss (Dkt. No. 100) is GRANTED.

(2) Defendant's pending motions to dismiss the Third Amended Complaint (Dkt. Nos. 72, 103) are STRICKEN as moot.

(3) This matter is DISMISSED without prejudice.

Dated this 4th day of January 2024.

Tana Lin
United States District Judge

ORDER OF DISMISSAL - 2